IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LINDA ALLEN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. Case 3:17-cv-01084 ) ) Judge Trauger ) |
| **RAINBOW USA INC.,** | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, stipulate to the dismissal of this action with prejudice, each party to bear its own costs and expenses.

Respectfully Submitted,

/s/ Rachel R. Rosenblatt
Jennifer B. Robinson (Bar No. 020380)
Rachel R. Rosenblatt (Bar No. 027501)
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323
jenrobinson@littler.com
rrosenblatt@littler.com
*Attorneys for Defendant Rainbow USA, Inc.*

/s/ Christopher V. Boiano w/permission by RRR
Christopher V. Boiano (Bar No. 030076)
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, Tennessee 37075
P: (615) 991-7117
F: (615) 296-0390
Christopher@boianolaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via the Court's CM/ECF system upon the following:

Christopher V. Boiano
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, Tennessee 37075
Christopher@boianolaw.com

on this the 7th day February, 2018.

/s/ Rachel R. Rosenblatt
Rachel R. Rosenblatt

Firmwide:152754097.1 083749.1008